UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JOHN B. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:21-cv-139 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| BLOUNT COUNTY, | ) | Magistrate Judge McCook |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Defendant Blount County's motion for summary judgment [Doc. 13] is **GRANTED**, and this prisoner's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED**. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this dismissal would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

/s/ *Charles E. Atchley Jr.*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**

*/s/ LeAnna R. Wilson*
**LEANNA R. WILSON**
**CLERK OF COURT**